**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**IN RE:**
**THOMAS LEE JOHNSON**                    **CASE NO.  5:26-BK-70549**
**DEBTORS**                                              **CHAPTER 13**

## MOTION TO EXTEND TIME TO FILE DEFICIENT SCHEDULES, STATEMENTS, AND PLAN

COMES NOW, the above named Debtor, by and through their attorney, Carl W. Hopkins, and files this their Motion to Extend Time to File Deficient Schedules, Statements, and Plan, and states and alleges as follows:

1. That the Debtor filed a Chapter 13 bankruptcy on 3/24/2026.

2. That the actual time for filing deficient schedules, statements and plan expires on 4/7/2026.

3. That Debtor has not provided all of the information necessary to prepare their deficient Schedules, Statements and Plan.

4. That Debtor and undersigned counsel require additional time to prepare and review the deficient schedules.

5. That Debtor's filing was in the nature of an emergency filing and the Debtor's counsel has had insufficient time to review and examine documents.

6. That Debtor respectfully requests an extension of time until 4/16/2026 to file the deficient schedules, statements, and plan.

7. That this date is more than two weeks before the time set for the first Meeting of Creditors and does no impact the case in any way.

WHEREFORE, Debtor prays that this Court grant Debtor's Motion to Extend Deadline to File Deficient Schedules, Statements and Plan to 4/16/2026 and for all other just and proper relief.

RESPECTFULLY SUBMITTED,
**THOMAS LEE JOHNSON**

BY:   <u>/s/ Carl W. Hopkins</u>
       Carl W. Hopkins, ABN 94215
       P. O. Box 7359
       Van Buren, AR 72956
       (479) 922-2175
       cwhopkins@hopkinslawoffices.com

## <u>CERTIFICATE OF SERVICE</u>

I, Carl W. Hopkins,  attorney for the Debtor herein, state that I have served a true and correct copy of the above and foregoing pleading by electronic delivery to Joyce Bradley Babin, Chapter 13 Trustee.

Dated this 5th day of April, 2026

<u>/s/ Carl W. Hopkins</u>
Carl W. Hopkins